**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 5808 |
| | ) | |
| v. | ) | Judge Durkin |
| | ) | Magistrate Judge Cox |
| INNOPACK USA, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Dr. William P. Gress and defendant Innopack USA, Inc. have reached a settlement. Plaintiff anticipates filing a notice of dismissal within the next 14 days.

Respectfully submitted,

 s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on November 5, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

    Innopack USA, Inc.
    c/o David R. Ealy, Registered Agent
    238 W. Taft Avenue
    Orange, California 92865

                                     s/Heather Kolbus
                                     Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)