IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 5808 |
| | ) | |
| v. | ) | Judge Durkin |
| | ) | Magistrate Judge Cox |
| INNOPACK USA, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William P. Gress voluntarily dismisses his individual claims with prejudice and without costs against defendant Innopack USA, Inc. Plaintiff Dr. William P. Gress voluntarily dismisses his class claims against defendant Innopack USA, Inc. without prejudice and without costs. Plaintiff Dr. William P. Gress voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on November 7, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

    Innopack USA, Inc.
    c/o David R. Ealy, Registered Agent
    238 W. Taft Avenue
    Orange, California 92865

                                        s/Heather Kolbus
                                        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)