UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Dr. William P. Gress

                            Plaintiff,

v.                                                                Case No.: 1:14–cv–05808
                                                                Honorable Thomas M. Durkin

Innopack USA, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 10, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. Plaintiff's individual claims against defendant Innopack are dismissed with prejudice and without costs. Plaintiff's class claims against Innopack are dismissed without prejudice and without costs. Plaintiff's claims against defendants John Does 1–10 are dismissed without prejudice and without costs. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.